USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/10/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELSY RUSSELL, as Administrator of the
Estate of Keith Russell and KELSY RUSSELL,
individually

                               Plaintiff,

        -against-

WESTCHESTER COUNTY, et al.,

                               Defendants.

25-CV-2014 (NSR)

AMENDED ORDER

NELSON S. ROMÁN, United States District Judge:

Upon consideration of the Motion to Dismiss filed by defendants Westchester County Health Care Corporation ("WCHCC"), Dr. DeLorenzo, and Dr. Chandy (the "WCHCC Defendants"), and review of the parties' submissions, including Plaintiff's opposition filing (ECF No. 67), in which Plaintiff states she does not oppose dismissal of all claims against the WCHCC Defendants, it is hereby ORDERED that the WCHCC Defendants' Motion to Dismiss is GRANTED and all claims against defendants WCHCC, Dr. DeLorenzo, and Dr. Chandy are dismissed with prejudice; and it is further ORDERED that the Clerk of Court is respectfully directed to reinstate the action as against Dr. Park; and it is further ORDERED that this Order resolves only the claims against the WCHCC Defendants, and the motions to dismiss filed by the remaining defendants remain pending before the Court. Lastly, the Clerk of Court is kindly directed to terminate the motion at ECF No. 70, terminate the action as to defendant Dr. Chandy, and strike the prior Order at ECF No. 69 from the docket.

Dated:    March 10 2026
          White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge